**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.  Case No.   8:01-CR-39-T-30EAJ

**JOHN LUIS TORRES**

**REPORT OF PRELIMINARY**
**PROBATION/SUPERVISED RELEASE REVOCATION HEARING**

THIS CAUSE came on to be heard at the preliminary probation/supervised release revocation hearing.

At that hearing the defendant waived preliminary hearing.  It is therefore

ORDERED:

1) That the defendant shall be held for final revocation proceedings before the District Judge exercising supervision of the defendant;

2) That the clerk of this court shall schedule said hearing at the earliest time available on the Judge's calendar;

3) That both the government and defendant shall exchange all tangible evidence which either side intends to introduce at said hearing and shall exchange a list of witnesses no later than two (2) days prior to the final probation/supervised release revocation hearing.

DONE and ORDERED at Tampa, Florida this   18th   day of August, 2006.

ELIZABETH A JENKINS
United States Magistrate Judge