UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                              Case No.:8:01-CR-39-T-30EAJ

**JOHN LUIS TORRES**

---

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On September 6, 2006, came the United States Attorney and the Defendant JOHN LUIS TORRES, who appeared in person and with counsel.

It appearing to the Court that the above named Defendant having heretofore been convicted on August 27, 2001 in the above styled case of the offense or offenses charged in the indictment filed herein, was placed on supervised release.

It further appearing to the Court that the above named Defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the Order of Supervised Release previously entered herein.

The Court has considered the factors set forth in 18 U.S.C. §3553(a), including considering the guidelines as advisory, and has also considered recommendations from the Probation Office. It is, therefore, **ORDERED** and **ADJUDGED** that the Order of Supervised Release entered herein as to the above named Defendant is hereby **REVOKED**.

It is further **ORDERED** and **ADJUDGED** that the Defendant **is hereby sentenced to TWELVE (12) MONTHS imprisonment followed by TWELVE (12) MONTHS of**

supervised release term to follow with special conditions that the defendant serve the first six months of supervised release in a community confinement program, the defendant shall attend drug treatment which will include random drug testing, the defendant shall participate and complete anger management treatment, and the defendant shall pay the balance of restitution due in this case of $841.00, at a rate that the defendant can afford but no less than $50 per month. Payments shall begin after the defendant is released from incarceration.

It is further **ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the Defendant.

**DONE** and **ORDERED** at Tampa, Florida, this _____ day of September, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal
United States Probation Office